Hon. Marsha J. Pechman
NOTE FOR CONSIDERATION: February 14, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ROBERT ALAMILLO,

           Plaintiff,

v.

SENTRY CREDIT, INC. d/ba/ WEST COAST ADJUSTORS, INC.

           Defendant.

Case No. 2:25 cv 00278 MJP

ORDER ON STIPULATION

The parties having entered into a stipulation allowing defendant to file its answer on March 5, 2025, the court orders as follows:

Defendant shall lodge its initial pleadings on or before March 5, 2025.

Done in open court this 18th day of February, 2025.

*Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge

Presented by:
ANDREW D. SHAFER, P.S.

/s/ Andrew D. Shafer
Andrew D. Shafer, WSBA No. 9405
Attorney for Defendant SCI
50- 116th Ave SE; Suite 201
Bellevue, WA  98004
Direct:206.330-2054; Cellular: 206.799-5128

ORDER ON STIPULATION - 1

[2:25 cv 00278 MJP]

ANDREW D. SHAFER, P.S.
50 – 116TH STREET SE
BELLEVUE, WA 98008
(206) 382-2600 FAX: (206) 223-3929

1  e-mail: ashafer@sksp.com

2

3  Approved by:

4  ANDERSON SANTIAGO
   */s/ Tyler Santiago*
   207B Sunset Blvd North
5  Renton, WA 98057
   206-395-2665
6  425 770-6278 (cell)
   tyler@alkc.net

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  ORDER ON STIPULATION - 2

   [2:25 cv 00278 MJP]

ANDREW D. SHAFER, P.S.
50 – 116TH STREET SE
BELLEVUE, WA 98008
(206) 382-2600 FAX: (206) 223-3929