Hon. Marsha J. Pechman
NOTE FOR CONSIDERATION: March 3, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ROBERT ALAMILLO,

    Plaintiff,

v.

SENTRY CREDIT, INC. d/ba/ WEST COAST ADJUSTORS, INC.

    Defendant.

Case No. 2:25 cv 00278 MJP

ORDER EXTENDING TIME

Based on the parties' stipulation, the time for defendant to respond to the complaint is hereby extended from March 5, 2025 to March 21, 2025.

DATED: March 4, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER ON STIPULATION - 1

[2:25 cv 00278 MJP]

ANDREW D. SHAFER, P.S.
50 – 116TH STREET SE
BELLEVUE, WA 98008
(206) 382-2600 FAX: (206) 223-3929

PRESENTED BY;

ANDREW D. SHAFER, P.S.

*s/ Andrew D. Shafer*
Andrew D. Shafer, WSBA No. 9405
Attorney for Defendant SCI
50- 116th Ave SE; Suite 201
Bellevue, WA  98004
Direct:206.330-2054; Cellular: 206.799-5128
e-mail: ashafer@sksp.com

Approved:

ANDERSON SANTIAGO

*/s/ Tyler Santiago*
207B Sunset Blvd North
Renton, WA 98057
206-395-2665
425 770-6278 (cell)
tyler@alkc.net

ORDER ON STIPULATION - 2

[2:25 cv 00278 MJP]

ANDREW D. SHAFER, P.S.
50 – 116TH STREET SE
BELLEVUE, WA 98008
(206) 382-2600 FAX: (206) 223-3929